FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN 23 P 3:21
CLERK F. LaVictoire
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CURTIS WEDO POOLE, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. CV204-213 |
| DONALD EDWARD BARROW, Warden, | : | |
| Respondent. | : | |

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 11th day of July, 2005.

**SO ORDERED**, this 23rd day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)